UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

**OSCAR HECTOR GUERRA,**

    Debtor.

**CHAPTER 13**

**CASE NO. 13-71345-FJS**

ORDER TO SUSTAIN OBJECTION
TO CONFIRMATION OF CHAPTER 13 PLAN

This matter came to be heard upon Bank of America, N.A.'s Objection to Confirmation of Chapter 13 Plan; and

It is hereby **ADJUDGED, ORDERED** and **DECREED**, that Bank of America, N.A.'s Objection to Confirmation of Chapter 13 Plan be **SUSTAINED**, upon agreement of Counsel for Debtor and Counsel for Bank of America, N.A., with an amended plan providing for pre-petition arrearages of $1,977.81 to be filed within twenty-one (21) days of the entry of this Order.

DATED: Jun 25 2013

/s/ Stephen C. St.John
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

06/26/2013

D. Carol Sasser, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462
State Bar #28422
(757) 490-9284

I ask for this:

**/s/ D. Carol Sasser**

---

D. Carol Sasser, Esquire
Counsel for Bank of America, N.A.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

Seen and Agreed:

**/s/ Steve C. Taylor**

---

Steve C. Taylor, Esquire
Counsel for Debtor
133 Mount Pleasant Road
Chesapeake, VA 23322

Seen:

**/s/ Michael P. Cotter**

---

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

CERTIFICATE

I certify that this proposed Order has been endorsed by all parties involved in this proceeding.

**/s/ D. Carol Sasser**

---

D. Carol Sasser, Esquire

File # 97-007428-13

The Clerk shall mail a copy of the entered Order to the following:

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Steve C. Taylor, Esquire
Counsel for Debtor
133 Mount Pleasant Road
Chesapeake, VA 23322

Oscar Hector Guerra
Debtor
756 Willow Bend Drive
Chesapeake, VA 23323

D. Carol Sasser, Esquire
Counsel for Bank of America, N.A.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

File # 97-007428-13